IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 7 <br> NNN 400 CAPITOL CENTER 16 ) Bk. No. 16-12728(JTD) <br> ) <br> Debtor. ) <br> ) | |
| RUBIN & RUBIN P.A., ) <br> ) <br> Appellant, ) <br> ) <br> v. ) Civil Action No. 21-816-CFC <br> ) <br> WELLS FARGO BANK, N.A., et al., ) <br> ) <br> Appellees. ) | |

## ORDER

At Wilmington this 30th day of June, 2021, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 30, 2021.**

2. Appellees' brief in opposition to the appeal is due on or before **August 30, 2021.**

3. Appellant's reply brief is due on or before **September 13, 2021.**

_____
United States District Judge